IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| In the matter of: | ) | CHAPTER 7, CASE NO. | 13-20677-JSD |
|---|---|---|---|
| THORN, HANK ANTHONY | ) | TRUSTEE FILE NO. | 130722 |
| | ) | | |
| DEBTOR(S). | ) | | |

## TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPT | ABANDONED |
|---|---|---|---|
| 1/2 interest in joint checking account – Heritage Bank 31520 | $ 0.00 | $ 0.00 | |
| Home furnishings video, and computer equipment. | $ 1,000.00 | $ 1000.00 | |
| Wearing apparel | $ 500.00 | $ 500.00 | |

Comes now, R. MICHAEL SOUTHER, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate.

This  5  day of  Aug , 2013.    Signed: *R. Michael Souther*

R. MICHAEL SOUTHER, Trustee