IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
Brunswick

IN RE: __Hank Anthony Thorn__ )  Chapter __7__
_____ )  Number __13-20677__
Debtor(s)               )

## REPORT OF NEW DEBTOR ADDRESS

**Debtor Name:** __Thorn__ (Last)  __Hank__ (First)  __A.__ (MI)

**Joint Debtor Name:** ____ (Last)  ____ (First)  ____ (MI)

**Previous Address:** __123 Juliette Circle__

__Brunswick__ (City)  __GA__ (State)  __31525__ (Zip Code)

**New Address:** __155 Sarah Drive__

__Brunswick__ (City)  __GA__ (State)  __31525__ (Zip Code)

This __23rd__ day of __September__, 20__13__.

By: __/s/ William S. Orange, III__

__William S. Orange, III__ (Name)  __Attorney for Debtor__ (Title)

__1419 Newcastle Street__ (Address)

__Brunswick__ (City)  __GA__ (State)  __31520__ (Zip Code)

__912-267-9272__ (Telephone)  __553925__ (Bar ID)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>Hank Anthony Thorn<br>　　　　Debtor | Case No. 13-20677<br>Chapter 7 |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of NOTICE OF CHANGE OF ADDRESS by electronic mailing to:

R. Michael Souther
Chapter 7 Trustee
msouther01@bellsouth.net

United States Trustee
Ustpregion21.sv.ecf@usdoj.gov

Dated this 23rd day of September, 2013.

/s/ William S. Orange, III
Attorney for Debtors
1419 Newcastle Street
Brunswick, Georgia 31520
912-267-9272